FRANK WELLS, Respondent, *v.* EDNA V. TAYLOR et al., Appellants, Impleaded with Another.

*Wells* v. *Taylor*, 125 App. Div. 908, affirmed.
(Submitted October 13, 1909; decided October 29, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

March 13, 1908, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mortgage on real property.

*John R. Bushong* and *Charles Everett Moore* for appellants.

*Frederic S. Barnum* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.